**Dismissed and Memorandum Opinion filed September 4, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00415-CV

**SHACONA LAWSON, Appellant**

**V.**

**VERONICA MOSQUEA, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1038078**

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from a final judgment signed April 7, 2014. On May 7, 2014, appellant filed a motion for reconsideration, or alternatively, a notice of appeal. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record. Appellant has also failed to pay the appellate filing fee of $195.00. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); *see also* Order Regarding Fees

Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same). Appellant has not established indigence. *See* Tex. R. App. P. 20.1 (listing requirements for establishing indigence).

On August 11, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or filed any response to this court's notice.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Brown, and Wise.